AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**United States Postal Service Priority Mail parcel<br>originating in Los Angeles, California, identified by<br>tracking number 9505 5160 3186 4135 8243 63** | )<br>)<br>)<br>)   Case No. 24-MJ-**450**-AMG<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____ Western _____ District of _____ Oklahoma _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of a Controlled Substance with Intent to Distribute |

The application is based on these facts:

See attached Affidavit, which is incorporated by reference herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brian Hess, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/20/2024

_____
*Judge's signature*

City and state: Oklahoma City, Oklahoma

Amanda Maxfield Green, United States Magistrate Judge
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN THE MATTER OF THE              )
SEARCH OF UNITED STATES           )
POSTAL SERVICE PRIORITY           )
MAIL PARCEL ORIGINATING IN        )
LOS ANGELES, CALIFORNIA           )          M-24-_____
IDENTIFIED BY TRACKING            )          **Filed Under Seal**
NUMBER 9505 5160 3186 4135 8243   )
63                                )

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Brian Hess, being duly sworn, do hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1.   I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since January 2013. I am currently assigned to the Fort Worth Division of the USPIS domiciled in Oklahoma City, Oklahoma. I am responsible for conducting investigations of crimes against the United States Mail in violation of federal law(s). My duties include the investigation of illegal mailings and the receipt of controlled substances, possession of which violates Title 21, United States Code, Sections 841(a)(1) and 846.

2.   Prior to working for the USPIS, I was employed as an agent with the Oklahoma State Bureau of Narcotics and Dangerous Drugs (OBNDD) from August 2007 to January 2013. During my employment with the OBNDD, I completed numerous

continuing education courses to include the Oklahoma Bureau of Narcotics Drug Investigator's Course and the Oklahoma Bureau of Narcotics Clandestine Laboratory Certification. In December 2011, I was certified as a single purpose narcotics K9 handler where I worked as a member of the OBNDD Interdiction Unit. I have participated in over three hundred (300) controlled-substance investigations including those for methamphetamine, marijuana, cocaine hydrochloride, cocaine base, heroin, ecstasy, and prescription narcotics. Those investigations related to the possession for sale, possession for personal use, distribution, transportation, trafficking, manufacturing, or cultivation of controlled substances.

3.    Additionally, I have received training on the investigation of dangerous and prohibited mailings, namely, controlled substance investigations, as part of my employment with the USPIS. I have completed the USPIS basic and advanced Contraband Interdiction & Investigations courses. I have participated in regional USPIS interdictions located in Seattle, WA; Sacramento, CA; Fresno, CA; Oakland, CA; San Francisco, CA; Phoenix, Arizona; and Hawaii. These activities focused on intercepting/investigating controlled-substances and or bulk cash shipments related to illicit drug distribution activities. I have assisted other United States Postal Inspectors and acted as the Affiant for the application and execution of federal search warrants to open and seize contraband, fruits, instrumentalities, and evidence of crimes that were sent via the U.S. Mail. Furthermore, over the course of my law enforcement career, I have received over 1,000 hours of law enforcement continuing education instruction provided

by the USPIS, the Drug Enforcement Administration, the Bureau of Alcohol Tobacco, and Firearms, the OBNDD, and other state and local law enforcement agencies. I have received law enforcement awards/recognitions including an Honorable Mention from the National Association of Police Organizations, an award for Heroism by the Federal Law Enforcement Officers' Association, and the Federal Law Enforcement Congressional Badge of Bravery.

4.    This Affidavit is based upon the Affiant's personal investigation and upon information received from other law enforcement officers and agents and may not be inclusive of all evidence or information available or of all facts known to me relative to this investigation. Rather, I have included facts which are necessary to establish probable cause that the parcel described herein contains controlled substances. This affidavit is made in support of an application for a search warrant to search and seize contraband, fruits, instrumentalities, and evidence of crimes against the United States in violation of 21 U.S.C. § 841(a)(1) from a United States Postal Service (USPS) Priority Mail parcel originating in the city of Los Angeles, California. It is more specifically described as a sealed USPS Priority Mail parcel measuring approximately 12" x 11" x 5.5," identified by tracking number 9505 5160 3186 4135 8243 63, from Zip Code 90007, weighing approximately 8 pounds 2 ounces, postmarked May 14, 2024. The parcel's return address is Jeffery Rivers at "600 N Central Ave Glendale CA 91203 United States." The parcel's addressee is Carlos Marin at "328 NW 90th St Oklahoma City, Oklahoma 73114 United States." The parcel is currently located at the United States Postal Inspection Service

3

Domicile in Oklahoma City, Oklahoma (6500 Air Cargo Road, Oklahoma City, Oklahoma; Western District of Oklahoma).

5.    I am aware through training and experience, as well as information from other Postal Inspectors with extensive experience in drug trafficking investigations, that the United States Mail is a common and preferred method for drug traffickers to ship their product. United States Priority Mail Express and Priority Mail are frequently used by drug dealers for not only shipping illegal drugs, but also for shipping the proceeds and money from illegal drug sales and purchases. Use of the United States Mail is favored because of the speed, reliability, and low cost of this service, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

6.    I am also aware that drug traffickers often use fictitious return addresses and names on return addresses, as well as real names and real addresses, with or without the actual person's knowledge or consent, to avoid detection in the event the parcel is intercepted by law enforcement officers. While handwritten labels are a consistent part of a known drug profile to screen mail packages for narcotics proceeds and/or controlled substances, in October 2022, the USPS implemented a new process in which Priority Mail Express parcels may utilize a computer-generated label accepted and affixed at retail locations to better optimize delivery service. If utilized, the mailer provides a return, a delivery name, and address information to the USPS employee at the retail location. A label is then created, affixed to the mail piece, and introduced into the US

Mail Stream. The information provided by the customer may still be fictitious and/or incomplete which is also a consistent part of the known drug profile to screen mail packages for narcotics proceeds and/or controlled substances.

7.      Traffickers normally use heavy tape on the seams and corners of a parcel and have been known to use sealed containers and masking scents to interfere with any drug detection canine's ability to detect the drugs. It is common for traffickers to mail parcels from a different post office than the one located in the zip code area used on the return address, also to avoid detection of fictitious information.

**PROBABLE CAUSE**

8.      USPIS Task Force Officer (TFO) Brandon Johnson, advised that on May 15, 2024, while conducting a review of USPS business records he located records detailing Priority Mail parcel 9505 5160 3186 4135 8243 63. Records listed the parcel as being destined for a residence in Oklahoma City, Oklahoma 73114. Parcel records listed an estimated delivery date of May 17, 2024, for the parcel. Parcel records identified the parcel as being mailed from the Los Angeles, California area, which investigators know from training and experience is a common source area for parcels containing controlled substances.

9.      TFO Johnson advised he responded to the Oklahoma City USPS Processing and Distribution Center on May 16, 2024, and located the suspect parcel. TFO Johnson stated he observed the parcel displayed indicators consistent with the shipment of controlled substances including the information in the subsequent paragraphs.  TFO

Johnson stated he removed the parcel from the mail-stream and transported it to the USPIS Oklahoma City Domicile pending further investigation.

10.    The parcel had hand-written label information and was mailed from a zip code in Los Angeles, California. The packaging of the parcel consisted of a white USPS-branded cardboard box with brown tape on the seams.  USPS records indicated the parcel was paid for with cash.

11.    TFO Johnson conducted computer database address verifications on the parcel, and the database indicated the return address of "600 N Central Ave Glendale CA 91203 United States," as listed on the parcel, is missing an apartment number but is otherwise a valid address for an apartment complex.   An internet search identified this address as being associated to the Modera Glendale Apartment Complex; however, the mailer did not list a return apartment number. Utilizing CLEAR, a law enforcement accessible database which searches public and proprietary records, the sender's name "Jeffery Rivers" was not able to be associated with the listed return address or apartment complex.

12.    TFO Johnson also checked databases for records of the delivery address on the parcel. The databases indicated the delivery address of "328 NW 90th St Oklahoma City, Oklahoma 73114 United States," as listed on the parcel, is a valid address according to the USPS website.  Utilizing the CLEAR database, investigators were able to associate the listed recipient with the destination address.  A check of Carlos Marin's criminal history revealed multiple prior misdemeanor arrests for driving under the influence between 2016-2020.

13.    TFO Johnson advised that on Friday, May 17, 2024, he met with Oklahoma Bureau of Narcotics Agent/K9 Handler C. Gentry at the USPIS Oklahoma City Domicile. Agent Gentry and her K9 drug detection dog, "Trixie," are both certified by the State of Oklahoma's Council on Law Enforcement Education and Training (CLEET Number K9-22-3786). Trixie is trained and certified in the detection of the odor of marijuana, heroin, methamphetamine, and cocaine.

14.    Ten control parcels were placed on the office floor, along with the suspect parcel described above. A free air scan of the parcels was conducted by Agent Gentry and her K9, Trixie.  Agent Johnson advised he observed Trixie sniff the parcels present on the floor. Agent Johnson stated he was advised Trixie alerted to the suspect parcel. Trixie gave a positive alert only to the suspect parcel. Trixie's positive alert on the parcel was an indication of the presence of an odor of a controlled substance.

## AUTHORIZATION REQUESTS

15. Based on the foregoing, I believe there is evidence to show this parcel, as described in paragraph four, was sent via the United States Postal Service in violation of 21 U.S.C. § 841(a)(1), and I respectfully request a warrant be issued authorizing the United States Postal Inspection Service to search and seize the parcel as described in Attachment A for the items described in Attachment B.


BRIAN HESS
United States Postal Inspector
United States Postal Inspection Service


Sworn and subscribed to before me this 20th day of May 2024.

AMANDA MAXFIELD GREEN
United States Magistrate Judge
Western District of Oklahoma

8

## ATTACHMENT "A"

SUBJECT PARCEL: a sealed USPS Priority Mail parcel measuring approximately 12" x 11" x 5.5," identified by tracking number 9505 5160 3186 4135 8243 63, from Zip Code 90007, weighing approximately 8 pounds 2 ounces, postmarked May 14, 2024. The parcel's return address is Jeffery Rivers at "600 N Central Ave Glendale CA 91203 United States." The parcel's addressee is Carlos Marin at "328 NW 90th St Oklahoma City, Oklahoma 73114 United States." The parcel is currently located at the United States Postal Inspection Service Domicile in Oklahoma City, Oklahoma (6500 Air Cargo Road, Oklahoma City, Oklahoma; Western District of Oklahoma).



## ATTACHMENT "B"

1. Any controlled substances, as defined in 21 U.S.C. 812, as well as items of dominion or control inside the parcel;

2. The parcel's outer packaging;

3. Any correspondence, writings, including records and logs of monies owed, customer lists, sources of supply information to include drug shipments or accounts receivable in any medium such as written and/or electronic contained in the parcel;

4. Any financial instruments, including U.S. currency, contained in the parcel which relates to the sale, transfer, mailing, or distribution of controlled substances;

5. Any drug paraphernalia used to facilitate drug distribution; and

6. Any evidence constituting ownership and intent to possess controlled substances.